# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Lennie Senter,　　　　　　　　　　　　　　　Civil No. 11-3713 (RHK/FLN)

　　　　　Plaintiff,　　　　　　　　　　　　　　**ORDER**

vs.

Stericycle Inc.,

　　　　　Defendant.

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: January 9, 2012

　　　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　　　United States District Judge